UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                         Case No.   19-25705-SMG
MICHAEL'S GOURMET COFFEE'S, INC.                        Chapter 11

   Debtor-in-Possession.
_____/

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**
*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The Chapter 11 Plan of Reorganization filed by **Michael's Gourmet Coffee's, Inc.** on **August 25, 2020 (DE 80)** can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for* **CREDITOR** *(insert name)* FC Marketplace, LLC _____ *for the following type of claim placed in the indicated class in the indicated amount:*

| Class in Plan | Type of Claim | Amount of Claim |
|---|---|---|
| 1 | Secured Claim | $ 64,268.71 |
|  | Priority Claim | $ |
|  | General Unsecured Claims | $ |
|  | Other: | $ |

The undersigned [Check One]:   ☒ Accepts    ☐ Rejects the plan for reorganization of the above-named debtor.

Accepted based on proposal of full payment of FC Marketplace, LLC's claim at $1,071.13 over 60 months as proposed on Page 5 of the Plan.

Signed: _____   Date: October 9, 2020
Print Name: Crystal Jones Oswald, Esquire           Phone: 610-644-7800
Attorneys/Agent for Creditor
Creditor Name: FC Marketplace, LLC Account Ending: 0CED
Address: c/o Becket & Lee LLP
P.O. Box 3002, Malvern, PA 19355

★★★**FILE THIS BALLOT ON OR BEFORE OCTOBER 13, 2020**★★★
with: Clerk of Bankruptcy Court, 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301

If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote.   Contact the plan proponent regarding incorrect or insufficient ballot(s).